UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
) CASE NO: 10-05627-dd
)
Gerald Hemingway )
) CHAPTER 13
)
DEBTOR(S). )  CONSENT ORDER FOR WITHDRAWAL OF AND

SUBSTITUTION OF COUNSEL

Upon the request of the Debtor(s), for authorization to allow their attorney of record, C. Jennalyn Dalrymple, King & Dalrymple, P.A., to withdraw as counsel and to allow a substitution of counsel, it appearing that good cause exists therefore, it is

ORDERED that C. Jennalyn Dalrymple, King & Dalrymple, P.A. is hereby granted leave to withdraw as counsel for debtor(s). It is further

ORDERED that Colleen O'Herlihy Brunson, Brunson Law LLC, is hereby substituted as counsel for debtor(s)

FURTHER, any fees earned by C. Jennalyn Dalrymple, prior to the date of this Order will continue to be paid to C. Jennalyn Dalrymple, with any attorney fees earned after the date of this Order to be paid to Colleen O'Herlihy Brunson, Brunson Law LLC.

WE SO MOVE:

/s/ *[signature]*
Debtor

/s/ _____
Co-debtor

/s/ *[signature]*
C. Jennalyn Dalrymple ID No. 6724
King & Dalrymple, P. A.
829 Meeting Street
West Columbia, SC 29169
(803) 794-3311
(803) 791-1090 (fax)
kdbankruptcy@aol.com

/s/ *[signature]*
Colleen O'Herlihy Brunson ID No. 9609
Brunson Law LLC
1612 Marion Street, Ste. 310
Columbia, SC 29201
(803) 403-1955
(866) 321-7829
Cbrunson@brunsonlawllc.com